IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ANASTASIA P. DIEHL,<br><br>            Plaintiff,<br><br>v.<br><br>THE MONEY SOURCE INC., et al.,<br><br>            Defendants. | Case No. 1:17-cv-00125-WS-B |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Equifax Information Services LLC ("Equifax") submits the following Corporate Disclosure Statement:

Equifax is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

Respectfully submitted this 27th day of September, 2017.

                                        */s/ Kirkland E. Reid*
                                        Kirkland E. Reid (REIDK9451)
                                        Attorney for Equifax Information Services LLC

OF COUNSEL:
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602
Tel. (251) 432-1414 (main)
Fax (251) 439-7358
Email: kreid@joneswalker.com

{MB283479.1}

## CERTIFICATE OF SERVICE

This is to certify that on September 27, 2017, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

James Donnie Patterson
Kenneth J. Riemer
Underwood & Riemer, P.C.
166 Government Street, Suite 100
Mobile, AL 36602

Kerry P. McInerney
Sirote & Permutt, P.C.
2311 Highland Avenue
Birmingham, AL 35205

Amanda McGregor Beckett
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092

Cheryl Howell Oswalt
Sirote & Permutt
Post Office Box 55727
Birmingham, AL 35255-5727

John C. Lynch
Troutman Sanders LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462-3038

Alexa Leigh Sendukas
Jones Day
717 Texas Avenue, Suite 3300
Houston, TX 77002

Leilus Jackson Young , Jr.
Ferguson Frost Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, AL 35242

Archibald T. Reeves , IV
McDowell Knight Roedder & Sledge, L.L.C.
P.O. Box 350
Mobile, AL 3660

                                        /s/ *Kirkland E. Reid*
                                        Kirkland E. Reid