# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ANASTASIA P. DIEHL,<br><br>Plaintiff,<br><br>v.<br><br>THE MONEY SOURCE INC., et al.,<br><br>Defendants. | Case No. 1:17-cv-00125-WS-B |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on this 5th day of October, 2017, defendant Equifax Information Services LLC served the following in the above-styled matter:

1. Defendant Equifax Information Services LLC's First Set of Interrogatories to Plaintiff;

2. Defendant Equifax Information Services LLC's Requests for Production;

3. Defendant Equifax Information Services LLC's Requests for Admission to Plaintiff.

4. Defendant Equifax Information Services LLC's Initial Disclosure to Plaintiff.

{MB284112.1}

-2-

## CERTIFICATE OF SERVICE

I certify that on this 5th day of October, 2017, I electronically filed the foregoing, using the CM/ECF system, which will send notification to all counsel of record.

                                                                               */s/ Kirkland E. Reid*
                                                                               Kirkland E. Reid (REIDK9451)
                                                                               Attorney for Equifax Information Services LLC

OF COUNSEL:
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602
Tel. (251) 432-1414 (main)
Fax (251) 439-7358
Email: kreid@joneswalker.com

{MB284112.1}