IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANASTASIA P DIEHL,<br><br>    PLAINTIFF,<br><br>VS.<br><br>THE MONEY SOURCE INC.;<br>LOANCARE, LLC; EXPERIAN<br>INFORMATION SOLUTIONS, INC.;<br>EQUIFAX INFORMATION SERVICES,<br>LLC; and TRANSUNION LLC,<br><br>    DEFENDANTS. | Case No.: 1:17-cv-00125 |

**JOINT STATEMENT REGARDING STATUS OF SETTLEMENT NEGOTIATIONS
AND REQUEST TO EXTEND DISCOVERY DEADLINE**

Pursuant to the Court's Scheduling Order in this matter, the parties jointly submit this statement regarding the status of settlement negotiations:

1. The Plaintiff has reached a settlement with Experian Information Solutions, Inc., Equifax Information Services, LLC and TransUnion LLC. The parties are finalizing the release and settlement agreements and the Plaintiff expects to dismiss her claims against the credit reporting agencies in the coming weeks.

2. The Plaintiff has also made a demand to The Money Source Inc. and LoanCare, LLC. The Plaintiff is currently awaiting a response to that demand.

3. The parties have made significant progress and have completed the exchange of document discovery and have taken numerous depositions.

4. While the remaining parties are still in the process of settlement negations, there are a few final depositions needed to complete the discovery phase of this case.

5. The remaining parties have also discussed setting a mediation in this matter sometime in the next 30-60 days should a settlement not be reached within that time. This would

allow the finalization of discovery while continuing the settlement dialog between the remaining parties[1].

6. All Parties have been diligent in working together on discovery and in settlement of this matter.

WHEREFORE, the remaining parties, along with this report of settlement progress, request a thirty (30) day extension on the discovery deadline to finalize all matters or in the alternative a time that this Court deems appropriate.

Dated: January 17, 2018					Respectfully Submitted,

					By:	*/s/ James D. Patterson*
						JAMES D. PATTERSON (PATTJ6485)
						KENNETH J. RIEMER (RIEMK8712)
						ATTORNEYS FOR ANASTASIA P. DIEHL
						UNDERWOOD & RIEMER, P.C.
						Attorneys for Plaintiff
						166 Government Street, Suite 100
						Mobile, Alabama 36602
						Telephone: (251) 432-9212
						E-mail: jpatterson@alalaw.com
						Email: kjr@alalconsumerlaw.com

						*/s/ Cheryl H. Oswalt*
						Kerry P. McInerney
						Cheryl H. Oswalt
						ATTORNEYS FOR THE MONEY SOURCE, INC. AND LOANCARE, LLC
						Sirote & Permutt, P.C.
						Post Office Box 55727
						Birmingham, AL 35255-5727
						Phone: (205) 930-5100
						Email: kmcinerney@sirote.com
						Email: coswalt@sirote.com

---

[1] As a reminder to the Court, The Money Source and LoanCare are represented by the same law firm which has made setting depositions and settlement negotiations much more efficient than if the parties were represented by a separate counsel.