IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANASTASIA P. DIEHL, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 1:17-cv-125-TFM-B |
| THE MONEY SOURCE INC., *et al.*, | : | |
| Defendants. | : | |

## ORDER

Pending before the Court is Plaintiff Anastasia P. Diehl's and Defendant Equifax Information Services, LLC's, ("Equifax") *Joint Motion to Dismiss*. (Doc. 166, filed February 19, 2019). Plaintiff requests the Court to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), her claims against Defendant Equifax because they have settled those claims. (Doc. 166, ¶ 1). The parties' Joint Motion to Dismiss (Doc. 166) is hereby **GRANTED**, Plaintiff's claims against Defendant Equifax are **DISMISSED WITH PREJUDICE**, and the parties are to bear their own costs.

This matter remains pending as to Plaintiff's claims against the remaining defendant, The Money Source Inc.

**DONE** and **ORDERED** this the 22nd day of February 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE