IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANASTASIA P. DIEHL,<br><br>    Plaintiff,<br><br>vs.<br><br>THE MONEY SOURCE INC., et al.,<br><br>    Defendants. | Case No.: 1:17-cv-00125-WS-B |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Anastasia P. Diehl and the Defendant, The Money Source Inc. (collectively the "Parties"), and file with the Court this Joint Stipulation for Dismissal With Prejudice. In further support thereof, the Parties state as follows:

1. Pursuant to a confidential settlement reached in this matter, the Parties hereby stipulate, agree, and move for the dismissal of Plaintiff's Complaint in this case, each party to bear its own costs,

2. The Parties request that the Proposed Order attached hereto as Exhibit "1" be entered by the Court upon receipt of this Stipulation.

WHEREFORE, PREMISES CONSIDERED, the Parties request that the Court grant this Stipulation by entering the attached proposed Final Order.

Respectfully submitted this 1st day of May, 2019.

                                                s/ Juan Ortega
                                                Cheryl H. Oswalt (ASB-2975-E62O)
                                                Juan Ortega (ASB-0056-E58J)
                                                Attorneys for Defendant
                                                The Money Source Inc.

**OF COUNSEL:**

**SIROTE & PERMUTT, PC**
2311 Highland Avenue South
Birmingham, AL 35255
Tel.:   205-930-5100
Fax:   205-930-5101
coswalt@sirote.com

**SIROTE & PERMUTT, P.C.**
1 Saint Louis Centre, Suite 1000
Mobile, AL 36602
Tel.:   (251) 432-1671
Fax:   (251) 434-0196
jortega@sirote.com

                                                s/ Kenneth J. Riemer
                                                **[With Permission of Counsel]**
                                                Kenneth J. Riemer (RIEMK8712)
                                                James D. Patterson
                                                Attorneys for Plaintiff
                                                Anastasia P. Diehl

**OF COUNSEL:**

**UNDERWOOD & RIEMER, P.C.**
166 Government Street, Suite 100
Mobile, Alabama 36602
kjr@alalconsumerlaw.com
jpatterson@alalaw.com

DOCSBHM\2274996\2