IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANASTASIA P. DIEHL, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 1:17-cv-125-TFM-B |
| THE MONEY SOURCE INC., *et al.*, | : | |
| Defendants. | : | |

## ORDER

Pending before the court is the parties' *Joint Stipulation of Dismissal With Prejudice*. Doc. 171, filed May 2, 2019. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). The joint stipulation is signed by both sides. Doc. 171. Consequently, by operation of Fed. R. Civ. P. 41, this action has been dismissed in accordance with the joint notice. Therefore, this case is dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this the 3rd day of May 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE